AO 451 (Rev. 12/12) Clerk's Certification of a Judgment to be Registered in Another District

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | | |
|---|---|---|
| SHARON WEINSTOCK, et al., | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. 17-cv-23272 |
| ISLAMIC REPUBLIC OF IRAN, et al., | ) | |
| *Defendant* | ) | |

## CLERK'S CERTIFICATION OF A JUDGMENT TO BE REGISTERED IN ANOTHER DISTRICT

I certify that the attached judgment is a copy of a judgment entered by this court on *(date)* 05/02/2019.

I also certify that, as appears from this court's records, no motion listed in Fed. R. App. P. 4(a)(4)(A) is pending before this court, the time for appeal has expired, and no appeal has been filed or, if one was filed, it is no longer pending.

Date: Jun 27, 2019



Certified to be a true and correct copy of the document on file
Angela E. Noble, Clerk,
U.S. District Court
Southern District of Florida
By  Patrick Edwards
Deputy Clerk
Date Jun 27, 2019

United States District Court
for the
Southern District of Florida

| | |
|---|---|
| Sharon Weinstock, et al., ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil Action No. 17-23272-Civ-Scola |
| ) | |
| Islamic Republic of Iran, ) | |
| Defendant. ) | |

### Judgment

For the reasons set forth in the Final Default Judgment entered on April 5, 2019 (ECF No. 52), it is hereby **ORDERED and ADJUDGED** that this Court **GRANTS** Plaintiffs' Motion for Default Judgment against Defendant Islamic Republic of Iran ("Iran").

The Court hereby enters judgment against Defendant in the amounts specified below, for a total compensatory damages award of $26,291,000. Specifically:

1. Sharon Weinstock shall be awarded $5,000,000 in compensatory damages.
2. The Estate of Dov Weinstock shall be awarded $5,000,000 in compensatory damages.
3. Moshe Weinstock shall be awarded $2,500,000 in compensatory damages.
4. Geula Weinstock shall be awarded $2,500,000 in compensatory damages.
5. Aryeh Weinstock shall be awarded $2,500,000 in compensatory damages.
6. Chaim Mishael Weinstock ("Mishael") shall be awarded $2,500,000 in compensatory damages.
7. The Estate of Rabbi Simon Dolgin shall be awarded $2,500,000 in compensatory damages.
8. The Estate of Shirley Dolgin shall be awarded $2,500,000 in compensatory damages.
9. The Estate of Yitzchak Weinstock shall be awarded $1,291,000 in compensatory damages.

**Done and ordered**, at Miami, Florida, on May 2, 2019.

Robert N. Scola, Jr.
United States District Judge