UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

SHARON WEINSTOCK, et al.,

           Plaintiffs,

vs.                                           Civ. No. 23-cv-2824

ISLAMIC REPUBLIC OF IRAN, et al.,

           Defendants.
_____/

## **DESIGNATION OF LOCAL COUNSEL**

Pursuant to Local Rules 83.15 and 83.15, undersigned counsel designates as local counsel, Daniel A. Shmikler. Mr. Shmikler is a member of the bar of this Court. His contact information for purposes of receiving service of papers herein is:

    Daniel A. Shmikler
    Sperling and Slater
    55 West Monroe Street
    Suite 3200, Chicago
    Illinois 60603
    Tel. 312-641-3200
    Email: dshmikler@sperling-law.com

Respectfully submitted May 4, 2023.     Plaintiffs-Judgment Creditors, by their attorney,

                                                     By:   /s/ Asher Perlin
                                                          Asher Perlin, Esq.
                                                          4600 Sheridan Street, Suite 303
                                                          Hollywood, Florida 33021
                                                          Tel. 786-687-0404
                                                          Email: asherperlin@gmail.com

1