# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

SHARON WEINSTOCK, et al.,

              Plaintiffs – Judgment Creditors,
vs.                                           Civ. No. 1:23−cv−02824
                                                     Honorable Matthew F. Kennelly

ISLAMIC REPUBLIC OF IRAN,

              Defendant – Judgment Debtor
_____/

## PLAINTIFFS – JUDGMENT CREDITORS' MOTION FOR APPOINTMENT OF A SPECIAL PROCESS SERVER PURSUANT TO FED. R. CIV. P. 4.1(a)

The Plaintiffs - Judgment Creditors ("Plaintiffs") hereby move for appointment of a special process server pursuant to Rule 4.1(a) of the Federal Rules of Civil Procedure, and in support of their motion respectfully state as follows:

1)      Plaintiffs are the family members and personal representative of the estate of United States citizen Yitzhak Weinstock, who was murdered by the Hamas terrorist organization. Plaintiffs brought a civil action against the Islamic Republic of Iran ("Iran") in the United States District Court for the Southern District of Florida, pursuant to the "terrorism exception" to the Foreign Sovereign Immunities Act ("FSIA") 28 U.S.C. § 1605A, for Iran's provision of material support to Hamas. *Weinstock v. Islamic Republic of Iran*, Civ. No. 17-23272 (S.D. Fla.).

2)      Iran failed to appear in the action and on May 2, 2019, after considering Plaintiffs' liability and damages evidence as required by FSIA § 1608(e), the federal court in the Southern District of Florida entered a final judgment against Iran and in favor of Plaintiffs. That judgment was registered in this Court pursuant to 28 U.S.C. § 1963, under the caption above. *See* ECF 1.

3) Pursuant to 28 U.S.C. § 1963, Plaintiffs' judgment has "the same effect as a judgment of" this Court, and "may be enforced in like manner."

4) Plaintiffs have identified assets within the jurisdiction of this Court that are subject to execution in satisfaction of their judgment, and are desirous of serving Citations to Discover Assets (and possibly other enforcement process) in respect to those assets.

5) Rule 4.1(a) of the Federal Rules of Civil Procedure provides that: "Process—other than a summons under Rule 4 or a subpoena under Rule 45—must be served by a United States marshal or deputy marshal or by a person specially appointed for that purpose."[1]

6) Accordingly, pursuant to Rule 4.1(a), Plaintiffs respectfully request that the Court appoint as a special process server in this case:

> LaSalle Process Servers, LP
> 105 W. Madison Street, Suite 1306
> Chicago, IL 60602
> Illinois Private Detective License Number: 117-001432

**WHEREFORE**, the instant motion should be granted.

---

[1] Federal courts of appeals disagree whether service of post-judgment enforcement process (such as a citation to discover assets) must be effected pursuant to Rule 4.1(a) or state law. *See Apostolic Pentecostal Church v. Colbert*, 169 F.3d 409 (6th Cir. 1999) (service of enforcement process may be effected under state law); *but see Schneider v. Nat'l R.R. Passenger Corp.*, 72 F.3d 17 (2d Cir. 1995) (service of enforcement process is invalid unless performed pursuant to Rule 4.1(a)).

Without controlling precedent in this Circuit, the Weinstocks are proceeding with caution by moving for a special process server under Rule 4.1(a). Notably, service by a special process server under Rule 4.1 will also satisfy state law, which permits service of a citation by "any person over 18 years of age and not a party." *See* Illinois Supreme Court Rule 277(c)(4) ("The citation shall be served and returned in the manner provided by rule for service … of a notice of additional relief upon a party in default") and Rule 105(b)(1) (providing that "any person over 18 years of age not a party to the action" may effect service of a notice of additional relief upon a party in default). Granting the relief sought herein will thus cover *all* bases.

September 9, 2024

                    Plaintiffs, by their attorney,

                By:    <u>/s/ Asher Perlin</u>
                        Asher Perlin, Esq.
                        4600 Sheridan Street, Suite 303
                        Hollywood, Florida 33021
                        Tel. 786-687-0404
                        Email: asher@asherperlin.com