# **<u>EXHIBIT 1</u>**

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| SHARON WEINSTOCK, et al., | ) | |
| Plaintiffs – Judgment Creditors, | ) | Case No. 1:23-cv-02824 |
| v. | ) | |
| ISLAMIC REPUBLIC OF IRAN | ) | Honorable Matthew F. Kennelly |
| Defendant – Judgment Debtor, | ) | |
| R.J. O'BRIEN LIMITED, JVMC HOLDINGS CORP., BRAD GIEMZA and JAMES GABRIELE, | ) | |
| Citation Third Party Respondents. | ) | |

## DECLARATION OF JAMES GABRIELE

I, James Gabriele, declare as follows:

1. I am over the age of 18, a resident of the State of Illinois, and the Chief Financial Officer of JVMC Holdings Corp. ("JVMC"). As CFO, I am responsible for finance, treasury, and strategic planning, and reporting to the Group Chairman and CEO. This declaration is based on my personal knowledge and company records.

2. JVMC is a Delaware corporation and holding company. One of its indirectly owned subsidiaries is R.J. O'Brien Limited ("RJO UK").

3. RJO UK is a brokerage and clearing firm located in and operated from London, England. RJO UK is registered to do business there and is regulated by the United Kingdom's Financial Conduct Authority.

4. I am one of five members of RJO UK's board of directors.

5. Brad Giemza, the Group Chief Risk Officer, also serves on the RJO UK board.

6. Neither Mr. Giemza nor I are officers of RJO UK. We are not registered agents authorized to accept service of process on behalf of RJO UK.

7. RJO UK is not registered to do business in Illinois and does not have a registered agent to receive process here.

8. RJO UK is an independent entity and not a branch of any US company.

9. Beneathco DMCC ("Beneathco"), a United Arab Emirates company, was a customer of RJO UK and its Dubai-based sister company; Beneathco did not and does not have an account with any other RJO entity.

10. There is approximately $16.5 million frozen in Beneathco's account at RJO UK.

11. JVMC, Mr. Giemza, and I did not have any dealings with Beneathco, either before or after OFAC's listing it as a Specially Designated National.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on January 7, 2025

_____
James Gabriele