# EXHIBIT 2

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| SHARON WEINSTOCK, et al., | ) |
|     Plaintiffs – Judgment Creditors, | ) Case No. 1:23-cv-02824 |
| v. | ) |
| | ) Honorable Matthew F. Kennelly |
| ISLAMIC REPUBLIC OF IRAN | ) |
|     Defendant – Judgment Debtor, | ) |
| R.J. O'BRIEN LIMITED, JVMC HOLDINGS CORP., BRAD GIEMZA and JAMES GABRIELE, | ) |
|     Citation Third Party Respondents. | ) |

## DECLARATION OF CHRISTOPHER WARREN-SMITH

I, Christopher Warren-Smith, declare as follows:

1. I am over the age of 18, a resident of the United Kingdom, and one of the legal representatives of record for R.J. O'Brien Limited ("RJO UK") in proceedings before the Commercial Court Division of the High Court of Justice of England & Wales ("the "English High Court") filed by a company called Beneathco DMCC ("Beneathco").

2. Beneathco has sued RJO UK in the English High Court (the "English Litigation"), seeking as its primary remedy an order for specific performance requiring the release of the $16.5 million in its account held at RJO UK in the UK. The English High Court has jurisdiction over the parties and the subject matter of Beneathco's funds. The dispute is brought under English law.

3. The only two parties in the English Litigation are Beneathco and RJO UK. JVMC Holdings Corp., James Gabriele, and Brad Giemza are not parties to the English Litigation, and none of them will be called as a witness.

4. Beneathco and RJO UK already have exchanged disclosures of documents. It is

anticipated that additional disclosures will be limited (certainly compared to other cases of a similar nature), as will the witness evidence. I presently anticipate that the deadline for the parties to give additional disclosure will be in April 2025.

5. Were the English Court to grant to Beneathco the order for specific performance it seeks under English law, the English Court would enter an order directing RJO UK to release the $16.5 million to Beneathco.

6. Where the English court issues an order directing a party to act, the party to whom it applies must comply with the order; if it were deliberately not to do so, that party would likely face serious sanctions, including a contempt finding by the English Court that can be punishable by (potentially significant) fines, the seizure of assets, and imprisonment.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on January 7, 2025  /s/ _____
Christopher Warren-Smith