**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.8 (rev. 1.8.3)**
**Eastern Division**

Sharon Weinstock, et al.
                              Plaintiff,

v.                                                  Case No.: 1:23−cv−02824
                                                     Honorable Matthew F. Kennelly

Islamic Republic of Iran
                              Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, May 27, 2025:

      MINUTE entry before the Honorable Matthew F. Kennelly: In person motion hearing held on 5/27/2025. Oral argument heard on the movants' motion to quash and plaintiff's motion for turnover. Movants' motions to quash [13][14] and plaintiffs' motion for turnover [31] are taken under advisement. Mailed notice. (mma, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.