# EXHIBIT A

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**(EASTERN DIVISION)**

| | |
|---|---|
| SHARON WEINSTOCK, et al.,      ) | |
|      ) | |
|     Plaintiffs – Judgment Creditors,  ) | |
| v.      ) | |
|      ) | |
| ISLAMIC REPUBLIC OF IRAN    ) | |
|      ) | Case No. 1:23-cv-02824 |
|     Defendant – Judgment Debtor,  ) | |
|      ) | Honorable Matthew F. Kennelly |
| R.J. O'BRIEN LIMITED "c/o" JAMES  ) | |
| GABRIELE and BRAD GIEMZA and JVMC  ) | |
| HOLDINGS CORP., joined by R.J. O'BRIEN  ) | |
| & ASSOCIATES, LLC, JAMES GABRIELE  ) | |
| and BRAD GIEMZA,     ) | |
|      ) | |
|    Citation Third-Party Respondents.  ) | |

## DECLARATION OF DAVID RUSSELL

I, David Russell, declare as follows:

1.      I am over the age of 18, a resident of London, England, and the Senior Director of Risk for R.J. O'Brien Limited (UK) ("RJO UK").  My responsibilities focus on managing risk arising from clients' trading positions and changing market conditions, and I get involved with many of the operational issues that are discussed herein as part of my regular duties.

2.      I describe below the process by which trades made pursuant to the rules of ICE Futures Europe ("IFEU") were executed and cleared.  Many of these events are all done through computer programs and functionality, so I have endeavored to describe the processes, with which I am familiar due to my work over the past several years.

***Beneathco's account***

3.      I am aware that Beneathco DMCC ("Beneathco") opened an account with R.J.

O'Brien (MENA) Capital Limited ("RJO Dubai") as its executing broker and RJO UK as its clearing firm.

4.    The trades that Beneathco made through RJO Dubai were held as positions in Beneathco's account at RJO UK. ██████████████████████████████████████

████████████████████████████████████████████████████████████

████████████████████████████ In addition, RJO UK, as Beneathco's clearing firm, held cash collateral as margin for the transactions, accounting to Beneathco for any profits and collecting from it for any losses.

5.    ██████████████████████████████████████████████████

████████████████████████████████████████████████████████████

████████████████████████████████████████████████████████████

████████████████████████████████████████████████████████████

████████████████████████████████████████████████████████████

████████████████████████████████ IFEU is located in London, UK.

### *Liquidation of positions in Beneathco's account*

████████████████████████████████████████████████████████████

████████████████████████████████████████████████████████████

████████████████████████████████████████████████████████████

████████████████████████████████████████████████

7.    After trades are executed, they must be "cleared" by a clearing organization, so that the results of the trades can be assigned to the account owners. The clearing organization is often

---

[1] I understand that Beneathco was added to the OFAC Specially Designated Nationals list on January 23, 2020.

associated with the exchange which in this case was ICE Clear Europe Limited ("ICEU"), which is located in the UK.

8.     Clearing can be effected only by a firm which holds a clearing membership. ██ ████████████████████████████████████████████████████████████ not require RJO UK to hold certain minimum capital, among other things.

9.     In order to clear trades made on or pursuant to the rules of IFEU, RJO UK uses and used the clearing membership at ICEU held by R.J. O'Brien & Associates LLC ("RJO US"). ██ ████████████████████████████████████████████████████████████ ████████████████████████████████████████████████████████████ ████████████████████████████████████████████████████████████ ████████████████████████████████████████████████████████████ ████████████████████████████████████████████████████████████ ██████████████████████████████████████████████ ████████████████████████████████████████████████████████████ ████████████████████████████████████████████████████████████ ██████████████████████████████ ██████████████████████████████████████████████ ████████████████████████████████████████████████████████████ ██████ ██████████████████████████████████████████████ ████████████████████████████████████████████████████████████ ████

[redacted]

[redacted]

[redacted]

[redacted]

18. I understand that the Weinstocks have asserted that the liquidating trades were "routed through" Illinois and that the liquidation was done by RJO US. That is not correct. All of these events were conducted by RJO UK and RJO Dubai.

# EXHIBIT A-1



# EXHIBIT A-2

