UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)
Eastern Division

Sharon Weinstock, et al.
                    Plaintiff,

v.                                               Case No.: 1:23−cv−02824
                                               Honorable Matthew F. Kennelly

Islamic Republic of Iran
                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, July 8, 2025:

      MINUTE entry before the Honorable Matthew F. Kennelly: On pages 8−13 of the respondents' response to the plaintiffs' supplemental brief (dkt. 68), the respondents argue that the Court lacks personal jurisdiction over RJO UK because the plaintiffs' underlying TRIA claim does not "arise out of or relate to" RJO UK's contacts. In support of this argument, the respondents contend that for the plaintiffs to succeed in these turnover proceedings, the plaintiffs must show that Beneathco is an "agent or instrumentality" of Iran. The respondents contend that for the Court to make this finding, the Court must have personal jurisdiction over Beneathco itself, not just RJO UK. The plaintiffs are directed to file by 7/15/2025 a reply of no more than 7 pages addressing this argument. No further briefing after that will be permitted unless the Court asks for further briefing. The telephonic status hearing set for 7/15/2025 is vacated and reset to 7/23/2025 at 9:15 AM, using call−in number 650−479−3207, access code 2305−915−8729. (mk)


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.